IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 01 2010

Clerk of Court

IN RE: Robert E. Smith             CASE NO. 97-41784
      Sam Sue Smith                 CHAPTER 12
DEBTOR

## MOTION TO PAY FUNDS IN THE REGISTRY UNDER 11 U.S.C. 347 (A)

THE UNDERSIGNED TRUSTEE REPROTS:

_____ The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ More than ninety (90) days have passed since the Final Distribution, and the dividend (s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

_____ Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)

Date: February 26, 2010

*[signature]*

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557
(254) 853-2215 Fax:(254) 853-3200

# EXHIBIT A

Please check one:
    ____    small dividends
    _X_    unclaimed dividends

| NAME | AMOUNT |
|---|---:|
| Alvin Consolidated Tax a/coll; | $1495.15 |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Robert E. Smith**
       **Sam Sue Smith**
       **DEBTORS**

Case No. 97-41784

CHAPTER 12

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Trustee's motion to pay funds in the registry under 11 U.S.C. 347 (A). Chapter 12 Trustee has notified the parties on the attached list in the Chapter 12 case of **Robert E. Smith and Sam Sue Smith Case No. 97-41784** by prepaid regular U.S. Mail on this 26th day of February 2010.

*M.H. McGinnes, Jr.*
M.H. McGinnes, Jr.
Standing Chapter 12 Trustee

Mailing Matrix

Robert E. Smith
Sam Sue Smith
P.O. Box 217
Liverpool, TX 77577

John W. Lowes
1331 Gemini Ste. 200
Houston, TX 77058-2764

Alvin Consolidated Tax A/Coll
216 W. Sealy
Alvin, TX 77511

U.S. Trustee
515 Rusk Ste. 3516
Houston, TX 77002

M.H. McGinnes Jr.
Chapter 12 Trustee
P.O. Box 1527
Moody, TX 76557